IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A.<br>  Plaintiff, | § § § § | |
| VS. | § | CIVIL ACTION NO. 1:15-cv-00165-LY |
| | § § § | |
| JANOS FARKAS,<br>  Defendant. | § § | |

## JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION

Come on Wells Fargo Bank, N.A. plaintiff herein, and Janos Farkas defendant herein (collectively "Parties"), and file this Joint Report on Alternative Dispute Resolution pursuant to the Scheduling Order entered herein on December 11, 2015 (Dkt. #25). The Parties respectfully show the Court as follows:

1. Status of settlement negotiations:

    A. Parties will engage in settlement negotiations by March 31, 2016.

2. Identity of persons responsible for settlement negotiations for each party:

    A. Plaintiff: Sammy Hooda, on behalf of Wells Fargo Bank, N.A.

    B. Defendant: Janos Farkas, on behalf of Pro Se Defendant

3. Whether alternative dispute resolution is appropriate in this case:

    A. Parties believe resolution via ADR is likely.

4. Method of alternative dispute resolution:

    A. Parties believe mediation is the best ADR method in this case.

5. Alternative dispute resolution provider:

    A. Parties are attempting to mutually agree on a mediator.

6. Method alternative dispute resolution provider selected:

   A. Parties will mutually agree to an ADR provider.

7. How alternative dispute resolution provider will be compensated:

   A. Parties will equally divide the cost of an ADR provider.

WHEREFORE, Wells Fargo Bank, N.A. and Janos Farkas submit this Joint Report on Alternative Dispute Resolution.

Respectfully submitted,
**BUCKLEY MADOLE, P.C.**

*/s/ Sammy Hooda*
Michael Burns / State Bar No. 24054447
Sammy Hooda / State Bar No. 24064032
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
Tele: 972.643.6608
Fax: 972.643.6699
Email: sammy.hooda@buckleymadole.com
**ATTORNEYS FOR PLAINTIFF**
**WELLS FARGO BANK, N.A.**

**AND**

*/s/ Janos Farkas – by permission*
Janos Farkas / Pro Se
9600 Escarpment Blvd.
Suite 745-43
Austin, Texas 78749
Tele: 512.535.2987
Fax: 888.241.7628
Email: janos.farkas@yahoo.com
**PRO SE DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that I submitted the foregoing to the Clerk of the United States District Court, Western District of Texas on February 29, 2016, and that I served the parties listed below in accordance with Rule 5(b)(2), Federal Rules of Civil Procedure on February 29, 2016.

**VIA CM/ECF**

Janos Farkas
9600 Escarpment Blvd., Ste. 745-43
Austin, TX 78749-1982
**PRO SE DEFENDANT**
janos.farkas@yahoo.com

        */s/ Sammy Hooda*
        Sammy Hooda