# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A.,** | § | |
| | § | |
| **V.** | § | **A-15-CV-165-AWA** |
| | § | |
| **JANOS FARKAS.** | § | |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 41, the Parties have stipulated to the dismissal of all claims and causes of action that Plaintiff has asserted in the above-styled cause of action, without prejudice to the refiling of those claims. Those claims have therefore been disposed of. Consistent with the Memorandum Opinion and Order of April 28, 2017, **IT IS ORDERED, ADJUDGED** and **DECREED** that Defendant Janos Farkas **TAKE NOTHING** on his quiet title counterclaim.

Finally, **IT IS ORDERED** that any pending motions are **DENIED AS MOOT**, and this case is **CLOSED**. Any relief not expressly granted herein is denied.

SIGNED this 28th day of April, 2017.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE